UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA LYNN LEIVA, ) | 1:04-CV-6669 AWI WMW HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | NUNC PRO TUNC |
| ) | (DOCUMENT #10) |
| JEANNE S. WOODFORD, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On May 15, 2006, respondent filed a motion to modify the briefing schedule. On the same date, May 15, 2006, respondent submitted its motion to dismiss. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   May 25, 2006**            /s/  **William M. Wunderlich**
bl0dc4                                            UNITED STATES MAGISTRATE JUDGE