1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   JANETTA LYNN LEIVA,                )        1:04-CV-6669 AWI WMW HC
                                        )
11          Petitioner,                 )
                                        )        ORDER GRANTING EXTENSION OF
12      v.                              )        TIME
                                        )        (DOCUMENT #17)
13   JEANNE S. WOODFORD,                )
                                        )
14          Respondent.                 )
     _____)
15

16
            Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.
17
     § 2254.  On June 12, 2006, respondent filed a motion to extend time to file a reply to petitioner's
18
     opposition to respondent's motion to dismiss.  Good cause having been presented to the court and
19
     GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:
20
            Respondent is granted fifteen (15) days from the date of service of this order in which to file a
21
     reply.
22
     IT IS SO ORDERED.
23
     **Dated:    June 19, 2006**              _____/s/  William M. Wunderlich_____
24   bl0dc4                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28