UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETTA LYNN LEIVA, | ) | 1:04-CV-6669 AWI WMW HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #23) |
| JEANNE S. WOODFORD, | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 5, 2006, respondent filed an application for a second extension of time to reply to petitioner's opposition to respondent's motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty days from the date of service of this order in which to file the reply.

IT IS SO ORDERED.

**Dated:    July 18, 2006**                    **/s/  William M. Wunderlich**
bl0dc4                                                          UNITED STATES MAGISTRATE JUDGE