1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    JANETTA LYNN LEIVA,                )        1:04-CV-06669-AWI-WMW-HC
                                          )
12              Petitioner,               )        ORDER ASSIGNING ACTION TO
                                          )        MAGISTRATE JUDGE WILLIAM M.
13                                        )        WUNDERLICH
            v.                            )
14                                        )        Old case # 1:04-06669-AWI-WMW-HC
      JEANNE S. WOODFORD,                 )
15                                        )        New case # 1:04-06669-WMW-HC
                                          )
16              Respondent.               )
                                          )
17    _____ )

18

19          Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus

20    pursuant to 28 U.S.C. § 2254.  It appearing that all parties to this action have voluntarily consented to

21    have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry

22    of a final judgment, IT IS HEREBY ORDERED THAT:

23          1.      This action is assigned to United States Magistrate Judge WILLIAM M.

24    WUNDERLICH  for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all

25    further proceedings in the case, including the trial and entry of final judgment,

26          2.      The Clerk of the Court is directed to assign this action in its entirety to Magistrate

1 Judge WILLIAM M. WUNDERLICH , and

2             3.      The new case number shall be

3              1:04-CV-06669-WMW-HC

4 and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of

5 an incorrect case number, including initials, may result in a delay of documents being processed and

6 copies thereof being correctly distributed and received by the appropriate judicial officer.

7

8 IT IS SO ORDERED.

9 **Dated:    February 27, 2007**            _____ **/s/ Anthony W. Ishii** _____
   0m8i78                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26